UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.85.12.118,<br><br>　　　　Defendant. | Civil Action No. 3:18-cv-00993-AWT |

## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

　　　　Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Greg Lansky in support of this motion; (3) Declaration of Tobias Fieser in support of this motion; (4) Declaration of Philip Pasquale in support of this motion; and, (5) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Optimum Online, prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

Dated: 07/03/2018

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　　/s/ *Jacqueline M. James*　　　　　
　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (1845)
　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　445 Hamilton Avenue
　　　　　　　　　　　　　　　　　　Suite 1102
　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　E-mail: jjameslaw@optonline.net
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*