**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>                        Plaintiff, <br><br>     v. <br><br> JOHN DOE subscriber assigned IP address 67.85.12.118, <br><br>                      Defendant. | Civil Action No. 3:18-cv-00993-AWT |

### <u>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES</u>

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Pretrial Deadlines (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The deadline to amend the pleadings is extended to 60 days after the Rule 26(f) conference, the discovery deadline is extended to 6 months after the Rule 26(f) conference, and the dispositive motion deadline is extended to 7 months after the Rule 26(f) conference.

**DONE AND ORDERED** this____day of_____, 2018.

By: _____
**UNITED STATES DISTRICT JUDGE**